UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAMBRIDGE MOBILE TELEMATICS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> SFARA, INC., <br><br> Defendant. | Civil Action No.: 3:23-cv-01368-RK-RLS <br><br> Jury Trial Demanded |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff Cambridge Mobile Telematics, Inc. and Defendant Sfara, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss all claims and counterclaims made in this litigation with prejudice. The parties agree that all attorneys' fees, costs of court, and expenses shall be borne by the incurring party. Accordingly, the parties respectfully request that the Court enter the proposed order herewith.

Dated: October 15, 2025                    Respectfully submitted,

s/ *Eric I. Abraham*                              s/ *Scott R. Samay*
Eric I Abraham                                Scott R. Samay*
William P. Murtha                             Elizabeth Bernard (*pro hac vice*)*
Kristine L. Butler                            Oded Burger (*pro hac vice*)*
HILL WALLACK LLP                              Stephanie R. Mandir (*pro hac vice*)
21 Roszel Road                                Taylor G. Lepore*
Princeton, NJ 08543
eabraham@hillwallack.com                      DAIGNAULT IYER LLP
wmurtha@hillwallack.com                       8229 Boone Boulevard – Suite 450
kbutler@hillwallack.com                       Vienna, VA 22182
                                              ssamay@daignaultiyer.com

*Of Counsel:*
Douglas J. Kline (*pro hac vice*)
Lana S. Shiferman (*pro hac vice*)
Louis Lobel *(pro hac vice)*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
dkline@goodwinlaw.com
lshiferman@goodwinlaw.com
llobel@goodwinlaw.com

Annaka Nava *(pro hac vice)*
Sravan Tumuluri *(pro hac vice)*
Jeremy Jones *(pro hac vice)*
GOODWIN PROCTER LLP
1900 N Street NW
anava@goodwinlaw.com
stumuluri@goodwinlaw.com
jeremyjones@goodwinlaw.com

*Attorneys for Plaintiff Cambridge Mobile Telematics, Inc.*

ebernard@daignaultiyer.com
oburger@daignaultiyer.com
smandir@daignaultiyer.com
tlepore@daignaultiyer.com

*\*Not Admitted in Virginia*

*Attorneys for Defendant Sfara, Inc.*